No. 99–7012. LIPARI ET UX. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–7013. LAIRD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7016. ASBURY *v.* AETNA LIFE INSURANCE & ANNUITY Co. C. A. 6th Cir. Certiorari denied. 

No. 99–7018. WHITMER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 99–7021. WOODY *v.* ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 99–7028. FISHER *v.* VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT RETREAT. C. A. 3d Cir. Certiorari denied.

No. 99–7031. EHNES *v.* CARD, SUPERINTENDENT, TIPTON CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–7034. DAVID *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 99–7035. GARCIA *v.* VANYUR, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 99–7036. FRAZIER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 99–7038. HYLTON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 99–7039. REID *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–7040. SEABROOKES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7041. RICH *v.* WOODFORD, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 99–7046. FEDEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.